UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BAROS,<br><br>                      Plaintiff,<br><br>        v.<br><br>SERGEANT MARK RAMIREZ, et al.,<br><br>                      Defendant. | Case No. 5:17-cv-00948-R (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Second Amended Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that the Motion to Dismiss be DENIED WITHOUT PREJUDICE.

Dated: August 12, 2019

                                                        *Gary Klausner*
                                             HONORABLE R. GARY KLAUSNER
                                             United States District Judge