# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BAROS,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEANT MARK RAMIREZ AND DEPUTY KRISTY ERWIN SUED IN THEIR INDIVIUDUAL CAPACITIES,<br><br>Defendants. | CASE NO.  17-cv-00948 WLH (SHK)<br><br>*Assigned for All Purposes to:*<br>*Hon. Wesley L. Hsu– Courtroom 9B*<br><br>**JUDGMENT**<br><br>*Trial Date:   11/07/2023*<br><br>*Complaint filed: May 15, 2017*<br>*First Amended Complaint filed: August 22, 2017*<br>*Second Amended Complaint filed: April 16, 2018*<br>*Third Amended Complaint filed: May 6, 2020* |

    On December 8, 2019, Plaintiff dismissed Deputy Spencer Killion from this action pursuant to Federal Rules of Civil Proceudre 41(a). (Dkt. #75).

    On October 6, 2020, Plaintiff dismissed Deputy Tyler McGee from this action pursuant to stipulation. (Dkt. #98).

    This action came on regularly for trial on November 7, 2023, in Courtroom 9B of the United States District Court, Central District of California, located at 350 W. 1st Street, Los Angeles, California, the Hon. Wesley L. Hsu presiding.  Defendants Sergeant Mark Ramirez and Deputy Kristy Erwin appeared by attorneys Shannon L.

Gustafson and Amy R. Margolies.  Plaintiff Gerald Baros appeared by his counsel, Jeff Price. A jury of eight persons was regulary impaneled and sworn.

During the proceedings the parties stipulated to dismiss the punitive damages allegations against Defendant Kristy Erwin, each side to bear its own costs as to the punitive damages only for Defendant Kristy Erwin. After hearing all of the evidence, the Court duly instructed the jury, and the case was submitted to the jury.  On November 14, 2023, the jury returned a unanimous Special Verdict in favor of Defendant Sergeant Mark Ramirez; the jury did not reach the special verdict question pertaining to Deputy Kristy Erwin.

**Question #1:**

Did Defendant Mark Ramirez use excessive force against Plaintiff Gerald Baros?

Yes_____        No____X____

*If you answered "Yes" to Questions #1, please proceed to Question #2.*
*If you answered "No" to Question #1, please sign and return this verdict form.*

**Questions #2:**

Did Defendant Kristy Erwin fail to intervene in the use of excessive force again Plaintiff Gerald Baros?

Yes_____        No_____

*Please proceed to Question #3.*

///
///
///

**Questions #3:**

What are Plaintiff's damages?

$_____

*Please proceed to Question #4*

**Question #4:**

Did you find that the conduct of Defendant Mark Ramirez was mailicious, oppressive, or in reckless disregard of Plaintiff Gerald Baros' constitutional rights?

Yes_____    No_____

The foreperson should sign and date this verdict.

DATED: November 14, 2023                 /s/ [name redacted]
                                         **PRESIDING JUROR**


NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

That Defendants Sergeant Mark Ramirez and Deputy Kristy Erwin have Judgment in their favor, and that Plaintiff Gerald Baros take nothing by way of his operative Complaint against these Defendants;

That this matter be, and hereby is, dismissed as to Sergeant Mark Ramirez and Deputy Kristy Erwin with prejudice; and

///

///

///

///

1       That Defendants recover their costs of suit from Plaintiff in accordance with applicable law.

**IT IS SO ORDERED.**

DATED: 12/11/23

                                            _____
                                            HON. WESLEY L. HSU
                                            UNITED STATES DISTRICT JUDGE